■ LUIS REYES, Respondent, v TOWN OF BROOKHAVEN, Appellant. [661 NYS2d 517] —Appeal by the defendant from an order of the Supreme Court, Suffolk County (Doyle, J.), dated July 30, 1996.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Doyle at the Supreme Court. Miller, J. P., Friedmann, Krausman and Florio, JJ., concur.